UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

WILLIAM J. BOTTESI, JR. #855523

                    Plaintiff,                    Case No. 2:15-CV-75
v.                                                HON.PAUL L. MALONEY

SHAWN DEGROOT et al

                    Defendant.
_____/

**REPORT AND RECOMMENDATION**

On June 15, 2016 an Order to Show Cause was entered by this Court and  mailed to Plaintiff, giving Plaintiff until June 30, 2016 to show cause in writing why this case should not be dismissed for his failure to keep the Court apprised of a current address (ECF No. 29).  On June 30, 2016 that  mail was returned, marked PAROLED OR DISCHARGED - UNABLE TO FORWARD.

Pursuant to W.D.Mich.L.Civ.R.41.1 and for the reasons stated in the show cause order, I recommend that this case be dismissed in its entirety for lack of prosecution.

NOTICE TO PARTIES: Objections to this Report and Recommendation must be filed with the Clerk of the Court within fourteen (14) days of receipt of this Report and Recommendation. 28 U.S.C. § 636(b)(1)(C); FED. R. CIV. P. 72(b); W.D. MICH. LCIVR 72.3(b). Failure to file timely objections constitutes a waiver of any further right to appeal. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). *See also Thomas v. Arn*, 474 U.S. 140 (1985).

IT IS ORDERED

Dated: July 6, 2016                         ___*/s/ Timothy P. Greeley*_____
                                            TIMOTHY P. GREELEY
                                            U.S. MAGISTRATE JUDGE