UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM J. BOTTESI, JR.,

       Plaintiff,

                                   Case No. 2:15-cv-75

v.

                                   HONORABLE PAUL L. MALONEY

SHAWN DEGROOT, et al.,

       Defendants.

_____/

## **JUDGMENT**

      Pursuant to FED. R. CIV. P. 58, **JUDGMENT** is hereby entered.  A notice of appeal must ordinarily be filed within 30 days from the entry of this judgment under FED. R. APP. P. 4(a).


Date:  August 4, 2016                             /s/ Paul L. Maloney
                                                                  Paul L. Maloney
                                                                    United States District